UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAJIB EZZEDDINE SHOUCAIR, #252899

        Plaintiff,               Case No.  05-40341

**v.**                                 District Judge Paul V. Gadola
                                 Magistrate Judge R. Steven Whalen

D. SNACKER, et al.,

        Defendants.

_____/

## ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF

Before the Court is Defendant's Motion to Take Depositions of Plaintiff's Prisoner-Witnesses [Docket #53]. Plaintiff, who has filed this action *pro se* under 42 U.S.C. §1983, is an inmate in the custody of the Michigan Department of Corrections (MDOC), as are two of Plaintiff's witnesses, Jeffrey Gillman (#431919) and Kenneth Lee (#139877).

Defendant's motion [Docket #53] is GRANTED.  Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendant, through his counsel, the Attorney General of the State of Michigan, is hereby granted leave to conduct depositions of Jeffrey Gillman (#431919) and Kenneth Lee (#139877) at the Baraga Maximum Correctional Facility and the Newberry Correctional Facility, respectively, or any other MDOC facility at which they might be housed.

SO ORDERED.


                                S/R.  Steven Whalen
                                R.  STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated:  June 23, 2008

                    CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on June 23, 2008.


                                S/G. Wilson
                                Judicial Assistant